UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NANCY CROSS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:04CV433 HEA |
| ) | |
| CAPITAL AMERICAN COMPANY, ) | |
| L.L.C. a/b/a "A-PLUS QUALITY" ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on plaintiffs' Second Motion to Amend Judgment and Second Motion for Contempt and Sanctions against Defendants, Garnishee Mid-Rivers Golf Complex, Inc. and Terrance Weeden, [Doc. # 52], filed on May 27, 2005. No written response has been filed to this motion.

On July 29, 2004, this Court entered a default judgment against defendant. In their motion, plaintiffs state that defendants have again changed company names to avoid the judgment entered by the Court. The Court amended the Judgment on August 1, 2005 to include All-American Enterprises, LLC. Plaintiffs now advise the Court that Mr. Weeden has again incorporated another business, Blue Print Enterprises, L.L.C., in order to avoid paying this judgment.

As the record in this case clearly establishes, defendant and its owner, Terrance Weeden have taken deliberate attempts to avoid payment due to plaintiff.

Furthermore, garnishee Mid-Rivers Golf Complex, Inc. has participated in the effort to avoid payment. The Court, therefore finds that sanctions are appropriate against Terrance Weeden, Blue Print Enterprises and Mid-Rivers, jointly and severally in the amount of $700.00 to compensate plaintiffs for their attorneys' fees incurred in pursuing this matter. The Court's previous fine of 500.00 per day against Mr. Weeden remains in effect.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Second Motion to Amend Judgment and Second Motion for Contempt and Sanctions against Defendants, Garnishee Mid-Rivers Golf Complex, Inc. and Terrance Weeden, [Doc. # 52] is granted, as provided herein.

Dated this 13th day of June, 2006.

                                          HENRY EDWARD AUTREY
                                      UNITED STATES DISTRICT JUDGE