UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY CROSS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV433 HEA |
| | ) | |
| CAPITAL AMERICAN COMPANY, | ) | |
| L.L.C. a/b/a "A-PLUS QUALITY" | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED JUDGMENT

In accordance with the Order entered this same date, the Judgment in this matter entered on July 29, 2004 is amended as follows,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that default judgment is entered in favor of plaintiff and against Capital American Company L.L.C. d/b/a "A-Plus Quality," All-American Enterprises, LLC and Blue Print Enterprises, L.L.C. in the amount of $3,651.30.

Dated this 13th day of June, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE